PANAMA RAILROAD COMPANY v. ROBINSON, appellant.

*Arrest in civil action — facts justifying — conversion of premium in gold.*

An affidavit showed that defendant, who was agent for plaintiff in New Grenada to receive and pay out money, received money in gold coin, and paid it out in silver; that gold was at a premium over silver; that defendant, on plaintiff's books kept by him, had not accounted for the premium; that he had written a threatening letter to prevent one knowing the facts from informing plaintiff, and that he had received upward of $5,000 for premium on gold sold to a firm of brokers. *Held,* sufficient to justify the conclusion that he converted the premium to his own use, and to warrant an order of arrest in an action for the amount so converted.

APPEAL from an order at special term denying a motion to vacate an order of arrest. The action was brought by The Panama Railroad Company against Tracey Robinson to recover for the alleged conversion of moneys belonging to plaintiff.

*George H. Forster,* for appellant.

*Henry S. Bennett,* for respondent.

DANIELS, J.

The head-note contains the only point passed upon in the opinion of any importance for publication.

*Order affirmed.*